**DAVID M. MICHAEL, SBN 74031**
**Law Offices of David M. Michael**
**The DeMartini Historical Landmark Building**
**294 Page Street**
**San Francisco, CA 94102**
**Telephone: (415) 621-4500**
**Facsimile:  (415) 621-4173**

**EAN VIZZI, SBN 209444**
**Pier 5 Law Offices**
**506 Broadway Street**
**San Francisco, CA 94133**
**Telephone: (415) 986-5591**
**Facsimile:  (415) 421-1331**

**Attorneys for Claimants**
**RICHARD WONG, FRANK WONG,**
**SALINA WONG, AND YU WAI MEI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

     Plaintiff,

v.

REAL PROPERTY AND IMPROVEMENTS
LOCATED AT 1843 14TH AVENUE,
SAN FRANCISCO, CALIFORNIA,


     Defendant.
_____/
RICHARD WONG, FRANK WONG,
SALINA WONG, AND YU WAI MEI ,

     Claimants
_____/.

**No. C 05 2611 SI**

**STIPULATION AND ORDER FOR**
**CONTINUANCE OF CASE**
**MANAGEMENT CONFERENCE**

  1.  On 26 August 2005, the Court issued its Notice in this case, setting a Case Management Conference to be held on Monday,.17 October 2005 at 2:00 p.m.

  2.  The parties are presently preparing a separate Stipulation and Order to present to the Court allowing for the defendant property to be sold in an interlocutory sale and for the net proceeds from

that sale to be substituted as the defendan*tes* in this action.

2. It is expected by the parties that the interlocutory sale will be completed within approximately 3 months.

3. The parties hereby request that the Court continue the presently scheduled Case Management Conference to a date after the filing of the Stipulation and Order for the interlocutory sale of defendant property and after the completion of the interlocutory sale, itself.

WHEREFORE, the undersigned parties hereby request that this Court continue the presently scheduled Case Management Conference from 17 October 2005 at 2:00 p.m. **18 January 2006 at 2:00 p.m.**

IT IS SO STIPULATED:

Dated: 12 October, 2005

KEVIN V. RYAN
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney
Attorney for the United States

Dated: 12 October, 2005

DAVID M. MICHAEL
Attorney for Claimants Richard Wong, Frank Wong, Salina Wong, and Yu Wai Mei

## ORDER

IT IS SO ORDERED on this ___13th_____ day of October, 2005, pursuant to the foregoing stipulation, that the case management conference is hereby rescheduled **18 January 2006 at 2:00 pm.**

HONORABLE SUSAN ILLSTON
United States District Judge

GRANTED

Judge Susan Illston