KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> v. <br><br> REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1843 14TH AVENUE, SAN FRANCISCO, CALIFORNIA, <br>                 Defendant. | No. C 05-2611 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE INTERLOCUTORY SALE OF DEFENDANT REAL PROPERTY** |

## STIPULATION

Plaintiff, United States of America, and Claimants Frank Wong, Salina Wong, Richard Wong Yu Wai Mei, and Bank of America, hereby stipulate to the interlocutory sale of the defendant real property, which is located at 1843 14th Avenue, San Francisco, California (hereinafter "defendant real property") and further described as follows:

    LOT 8, Block 2051-A, according to Map entitled, "Record of Survey Map of a Portion of Block 2051-A, Golden Gate Heights, San Francisco, California," filed December 5, 1961, in Book "T" of Maps, at Page 28, in the office of the Recorder of the City and County of San Francisco, State of California.

    Assessor's Lot 8; Block 2051-A

1. Claimants Frank and Salina Wong, husband and wife, and Richard Wong, a single man, are the owners of record for the defendant real property, as joint tenants.

2. Claimant Yu Wai Mei asserts an equitable, non-secured interest in the defendant real property.

3. Claimant Bank of America holds a valid lien against the defendant property secured by a promissory note in the original amount of $503,742. As of November 30, 2005, the total amount due and owing to Bank of America on the note is $493,719.77.

4. The parties agree to an interlocutory sale of the defendant real property and the distribution of the sale proceeds on the following terms:

    a. The defendant real property shall be listed for sale by Carol Solfanelli, Pacific Union Realty, 1700 California Street, Suite 310, San Francisco, California.

    b. Any and all offers for sale shall be reviewed by and the final sale price shall be agreed upon by all parties.

    c. Upon the sale of the property, claimant Bank of America shall be paid from the funds deposited in escrow as follows:

        i) $487,188.72, which represents the unpaid principal due and owing under the Note as of January 31, 2006;

        ii) $2,252.52, which represents the unpaid interest due and owing under the Note as of Janaury 31, 2006;

        iii) all unpaid interest from January 31, 2006, at the rate as specified in the Note until the date of payment;

        iv) all late fees and advances, if any, for inspections, appraisals, property taxes and insurance from November 30, 2005, until the date of payment;

        v) $ 91, which represents the total amount for the recording fee, reconveyance fee and payoff statement fee

    d. The remaining net proceeds from the sale of the defendant real property shall be paid to United States in the form of a cashier's check made payable to the United States Department of Treasury and forwarded to the United States Attorney's Office, Attn: AUSA Stephanie Hinds, 450 Golden Gate Avenue, 10th Floor, San Francisco, California 94102.

    e. The "net proceeds" of the sale of the defendant real property will be determined by deducting only the ordinary costs of sale, such as real estate commission, recording fees, staging fees and other customary closing costs, but not including attorneys' fees. The United States must approve, in writing, the estimated closing costs before the closing can take place.

    f. The United States will provide a release of its lis pendens for the defendant real property to the assigned escrow officer at the title company, along with directions to the escrow officer to record the release with the county recorder upon the title company's payment to the United States of the net sale proceeds from the defendant real property as set forth above.

5. The parties agree that the net proceeds of the sale of the defendant real property shall be substituted as the defendant *res* in this action and maintained by the United States through its designated agency – the Department of Treasury, Internal Revenue Service – pending further order of the Court.

6. The United States and Claimants Frank Wong, Salina Wong, Richard Wong and Yu Wai Mei agree that the merits of any of the parties' claims or defenses applicable to the defendant real property will be preserved and the parties will litigate said claims and defenses in this civil forfeiture action against the substitutes res instead. By this agreement, the United States explicitly reserves the right to challenge the merits of any and all claims and defenses asserted by Claimants Frank Wong, Salina Wong, Richard Wong and Yu Wai Mei, to the defendant real property.

7. Claimant Bank of America agrees that payment to Bank as set forth in paragraph 4(c) above, shall be in full settlement and satisfaction of any and all claims by claimant Bank of America to the defendant real property in this action and all claims resulting from the incidents or circumstances giving rise to this lawsuit. Claimant Bank of America specifically waives any right to attorneys fees and costs related to this litigation.

IT IS SO STIPULATED:

KEVIN V. RYAN
United States Attorney

Dated: 2/12/06

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: _____

LAUREL I. HANDLEY.
Counsel for Claimant Bank of America

 f. The United States will provide a release of its lis pendens for the defendant real property to the assigned escrow officer at the title company, along with directions to the escrow officer to record the release with the county recorder upon the title company's payment to the United States of the net sale proceeds from the defendant real property as set forth above.

5. The parties agree that the net proceeds of the sale of the defendant real property shall be substituted as the defendant *res* in this action and maintained by the United States through its designated agency – the Department of Treasury, Internal Revenue Service – pending further order of the Court.

6. The United States and Claimants Frank Wong, Salina Wong, Richard Wong and Yu Wai Mei agree that the merits of any of the parties' claims or defenses applicable to the defendant real property will be preserved and the parties will litigate said claims and defenses in this civil forfeiture action against the substitutes res instead. By this agreement, the United States explicitly reserves the right to challenge the merits of any and all claims and defenses asserted by Claimants Frank Wong, Salina Wong, Richard Wong and Yu Wai Mei, to the defendant real property.

7. Claimant Bank of America agrees that payment to Bank as set forth in paragraph 4(c) above, shall be in full settlement and satisfaction of any and all claims by claimant Bank of America to the defendant real property in this action and all claims resulting from the incidents or circumstances giving rise to this lawsuit. Claimant Bank of America specifically waives any right to attorneys fees and costs related to this litigation.

IT IS SO STIPULATED:

             KEVIN V. RYAN
             United States Attorney

Dated: _____

             _____
             STEPHANIE M. HINDS
             Assistant United States Attorney

Dated: 2/8/06         *Laurel Handley*
             LAUREL I. HANDLEY.
             Counsel for Claimant Bank of America

| | |
|---|---|
| 1 Dated: 2-6-06 | *(signature)*<br>HOLLY M. JARMUSZ<br>Assistant Vice President<br>Bank of America |
| 4 Dated: _____ | _____<br>DAVID M. MICHAEL<br>Counsel for Claimants<br>Frank W., Salina S.L., Richard Wong and<br>Yu Wai Mei |
| 7 Dated: _____ | _____<br>SALINA S.L. WONG, Claimant |
| 9 Dated: _____ | _____<br>RICHARD WONG, Claimant |
| 11 Dated: _____ | _____<br>FRANK W. WONG, Claimant |
| 13 Dated: _____ | _____<br>YU WAI MEI, Claimant |

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____

*(signature)*
SUSAN ILLSTON
United States District Judge

STIPULATION AND ORDER RE INTERLOCUTORY SALE OF DEFENDANT REAL PROPERTY 4
No. C 05-2611 SI

| | |
|---|---|
| 1  Dated: _____ | HOLLY M. JARMUSZ |
| 2 | Assistant Vice President |
| 3 | Bank of America |
| 4  Dated: 3/2/06 | *David Michael* |
|   | DAVID M. MICHAEL |
| 5 | Counsel for Claimants |
|   | Frank W., Salina S.L., Richard Wong and |
| 6 | Yu Wai Mei |
| 7  Dated: 2-16-06 | *signature* |
| 8 | SALINA S.L. WONG, Claimant |
| 9  Dated: 2-16-06 | *signature* |
| 10 | RICHARD WONG, Claimant |
| 11  Dated: 2-16-06 | *signature* |
| 12 | FRANK W. WONG, Claimant |
| 13  Dated: 2/13/06 | *signature* |
| 14 | YU WAI MEI, Claimant |

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____

_____
SUSAN ILLSTON
United States District Judge