| | |
|---|---|
| 1 | **DAVID M. MICHAEL, SBN 74031**<br>Law Offices of David M. Michael |
| 2 | The DeMartini Historical Landmark Building<br>294 Page Street |
| 3 | San Francisco, CA 94102<br>Telephone: (415) 621-4500 |
| 4 | Facsimile: (415) 621-4173 |
| 5 | **EAN VIZZI, SBN 209444**<br>Pier 5 Law Offices |
| 6 | 506 Broadway Street<br>San Francisco, CA 94133 |
| 7 | Telephone: (415) 986-5591<br>Facsimile: (415) 421-1331 |
| 8 | |
| 9 | Attorneys for Claimants<br>**RICHARD WONG, FRANK WONG,**<br>**SALINA WONG, AND YU WAI MEI** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-2611 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1843 14TH AVENUE, SAN FRANCISCO, CALIFORNIA, | |
| Defendant. | |
| RICHARD WONG, FRANK WONG, SALINA WONG, AND YU WAI MEI, | |
| Claimants. | |

## STIPULATION

On 8 March 2006, pursuant to a prior stipulation of the parties herein, the Court entered its Order for the interlocutory sale of the defendant property and the substitution of the sale proceeds as the substitute res in the place and stead of the property, itself. (Docket No. 30)

The parties are currently in the process of executing that sale and anticipate that it will be completed within the next 90 days, at which time the parties will prepare for the Court a new

Stipulation and [Proposed] Order allowing the sale proceeds to be substituted as the res in the case, pursuant to the Court's prior order.

In addition, at the time of the substitute res, the parties will also request, by stipulation, that this Court order a stay of these forfeiture proceedings, pending the completion of the related criminal case, *United States v. Richard Wong, et.al.*, District Court Case No. CR 05-0375 SI, or pending a further order of this Court.

In view of the above considerations, the parties hereby jointly request and stipulate that the Case Management Conference, preesently set for 1 May 2006, at 10:30 a.m., be continued to a date that will allow for the interlocutory sale of the defendant property and the filing by the parties of a new stipulation requesting the substitute res and a stay of the proceedings pending a resolution of the related criminal case or a further order of the Court.

IT IS SO STIPULATED:

                                         KEVIN V. RYAN
                                         United States Attorney

Dated: 27 April 2006                    S/STEPHANIE M. HINDS
                                         STEPHANIE M. HINDS
                                         Assistant United States Attorney

Dated: 27 April 2006                    S/DAVID M. MICHAEL
                                         DAVID M. MICHAEL
                                         Counsel for Claimants
                                         FrankW. , Salina S.L., Richard Wong and
                                         Yu Wai Mei

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

    IT IS SO ORDERED pursuant to the foregoing stipulation.  The case management conference is hereby rescheduled to ___7/28/06_____.

DATED: _____

_____  SUSAN ILLSTON
United States District Judge

STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE    3
No.  C 05-2611 SI