DAVID M. MICHAEL, SBN 74031
LAW OFFICES OF DAVID M. MICHAEL
294 Page Street
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile:  (415) 621-4173
dmmp5@aol.com

Attorney for Claimants
FRANK WONG, SALINA WONG,
RICHARD WONG and YU WAI MEI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-2611 SI |
| Plaintiff, | STIPULATION AND [**PROPOSED**] ORDER STAYING THE INSTANT ACTION PURSUANT TO 18 U.S.C. § 981(g)(2) |
| v. | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1843 14TH AVENUE, SAN FRANCISCO, CALIFORNIA, | |
| Defendant. | |
| FRANK WONG, SALINA WONG, RICHARD WONG and YU WAI MEI, | |
| Claimants. | |

**STIPULATION**

Plaintiff, United States of America, and Claimants Frank Wong, Salina Wong, Richard Wong Yu Wai Mei, and Bank of America, through their respective counsel, and subject to this Court's approval, hereby agree and stipulate, pursuant to 18 U.S.C. § 981(g)(2), that the Court should grant a stay in this case and that any pending deadlines or assigned dates also be stayed and vacated until the resolution of the related criminal case.

The provisions of 18 U.S.C. § 981(g)(2), related to stays of civil forfeiture proceedings, provide that "[u]pon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that (A) the claimant is the subject of a

STIPULATION AND [PROPOSED] ORDER STAYING THE INSTANT ACTION        1
No. C 05-2611 SI

1  related criminal investigation or case; (B) the claimant has standing to assert a claim in the civil
2  forfeiture proceeding; and (C) continuation of the forfeiture proceeding will burden the right of
3  the claimant against self-incrimination in the related investigation or case.
4      There are pending related criminal proceedings against claimant Richard Wong in the
5  Northern California District Court, Case No. CR 05-0375 SI.  In fact, the defendant real property
6  is subject to forfeiture as part of the criminal case.
7      Therefore, the parties believe and stipulate that this civil matter should be stayed pending the
8  resolution of the above-referenced criminal case because the above conditions appear to be
9  satisfied.  The parties request that this case be stayed until December 15, 2006, or such time as
10 either party or the Court may request that the stay be lifted..  At that time, the parties will inform
11 the Court of the status of the criminal case.
12     IT IS SO STIPULATED:

                            KEVIN V. RYAN
                            United States Attorney

Dated: July 27, 2006                      /S/
                            STEPHANIE M. HINDS
                            Assistant United States Attorney
                            Attorney for Plaintiff
                            United States of America


Dated:July 27, 2006                     /S/
                            DAVID M. MICHAEL
                            Attorney for Claimants
                            Frank Wong, Salina S.L Wong,
                            Richard Wong and Yu Wai Mei

### [PROPOSED] ORDER

    IT IS SO ORDERED.

DATED: 7/27/06                           [signature]
                            SUSAN ILLSTON
                            United States District Judge